## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK A. MADDEN,** | : | **CIVIL NO. 1:15-CV-627** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **VINCENT F. MOONEY,** *et al.*, | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 21st day of December, 2016, upon consideration of the

petition for writ of habeas corpus (Doc. 1), it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is DENIED.

2.  The Clerk of Court is directed to CLOSE this case.

3.  There is no basis for the issuance of a certificate of appealability.  See
    28 U.S.C. § 2253(c)(1)(A).


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania